# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ODILON CARRASCO**, *et al.*, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 15-cv-1351 (TSC) |
| **TGR, LLC**, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

Based on the settlement agreement described by counsel at the hearing held on April 6, 2017 and the Consent Judgment approved by the court on June 22, 2017, it is hereby ORDERED that the claims asserted by Plaintiffs Michael Iriarte, Chrislene Bright, Su Jhin, Jennifer Mertz, Mike Samson, Sergio Terraza, Darwin David Castaneda Aragon, Lisa Pegram, Carlos Waldemar Ibarra, Veronica Diaz, Blanca Chinchilla, and Adwoa Blankson-Wood against all Defendants, and the claims asserted by Plaintiff Odilon Carrasco against Defendants TGR, LLC, TGR, Inc., TGR Holdings, Inc., and Cities, LLC, are hereby DISMISSED WITH PREJUDICE.

Based on the Notice of Voluntary Dismissal (ECF No. 26) filed on July 21, 2017, it is FURTHER ORDERED that the claims asserted by Plaintiff Odilon Carrasco against Defendant Michael Kosmides are hereby DISMISSED WITHOUT PREJUDICE.

Date: July 30, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge